Matthew Green, I.D. No. NJ 8738
Rebecca L. Warren, I.D. No. PA 63669
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Phone: 215-665-3026
Email: rebecca.warren@obermayer.com
Attorney for Defendant Peter Pappas

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : 2:16 CR-336 |
|---|---|
|  | : |
| v. | : Hon. John Michael Vazquez |
|  | : |
| PETER PAPPAS, | : 18 U.S.C. §1349 |
| Defendant | : |

## STIPULATION AND ORDER PERMITTING TRAVEL WHILE ON RELEASE

It is hereby stipulated and agreed to between the United States of America through Erica Liu, Assistant United States Attorney, and Defendant Peter Pappas by and through his counsel, Rebecca L. Warren, that his conditions of release may be modified as follows:

1. That on July 19, 2016, Defendant Peter Pappas ("Defendant"), pleaded guilty to certain charges, and was released on a $100,000 unsecured appearance bond.

2. Pursuant to the Order of Release, Defendant was required to surrender his passport to Pre-Trial Services, and his travel was restricted to the Continental United States absent further Court Order.

3. Pursuant to Court Order, Defendant's passport was temporarily returned to him to allow travel to Canada to visit his family last August 2016 and also in July of 2017.

5181662 v1

4. Upon his returns, Defendant duly surrendered his passport to Pre-Trial Services.

5. Defendant plans to attend his cousin's wedding in the Toronto area on September 8, 2017.

6. Defendant is gainfully employed, and intends to combine a business visit to one of his manufacturing clients in Canada while he is there for his cousin's wedding.

7. Defendant is requesting permission to travel to Canada for these purposes from September 5, 2017 to September 10, 2017.

8. Defendant has been cooperative throughout his case, and is not a flight risk

9. The parties agree that Pre-Trial Services or its designee shall release Defendant's passport to him at his request in order to permit the above-mentioned travel.

10. Upon his return to the United States, Defendant shall return his passport to Pre-Trial Services or its designee.

11. Defendant's travel plans will not interfere with any court proceedings in this matter.

UNITED STATES ATTORNEY

By: /S/ Erica Liu
Erica Liu, Assistant US Attorney

ATTORNEYS FOR DEFENDANT PETER PAPPAS

/S/ Matthew Green
Matthew Green, Esquire

/S/ Rebecca L. Warren
Rebecca L. Warren, Esquire

## ORDER

Defendant Peter Pappas shall be allowed to travel to Canada between September 5, 2017 and September 10, 2017.

Pre-Trial Services or its designee shall return Mr. Pappas' passport to him for these travel purposes.

Upon his return, Mr. Pappas shall surrender his passport to his Pre-Trial Services Officer or designee no later than close of business on September 15, 2017.

All other conditions of release, including the unsecured appearance bond, shall remain in full force and effect.

IT IS SO ORDERED.

Dated: 8/21/2017

_____
United States District Judge
JOHN MICHAEL VAZQUEZ

5181662 v1