# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| V. | : | NO. 16-336 |
| | : | |
| PETER PAPPAS | : | Hon. John Michael Vazquez |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this case for the above referenced Defendant, PETER PAPPAS.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court:

| | |
|---|---|
| Pennsylvania Supreme Court | 1990 |
| United States Eastern District of Pennsylvania | 1998 |

s/Thomas B. Bellwoar
THOMAS B. BELLWOAR, ESQUIRE
PA Atty Bar ID #60470
Luongo Bellwoar LLP
213-215 West Miner Street
West Chester, PA 19382
Telephone: (610) 430-6600
Facsimile: (610) 344-7585