# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 16-336 |
| PETER PAPPAS | : | Hon. John Michael Vazquez |

## ORDER

AND NOW, this 6th day of November, 2019, upon agreement of the parties, it is hereby ORDERED that the Defendant, Peter Pappas, shall be permitted to travel to Canada between November 24, 2019 and December 2, 2019. Pre-Trial Services or its designee shall return Defendant's passport to him for these travel purposes. Upon his return to the United States, the Defendant shall surrender his passport to his Pre-Trial Services Officer or designee no later than the close of business on December 6, 2019. All other conditions of release, including unsecured appearance bond, shall remain in effect.

BY THE COURT:

HON. JOHN MICHAEL VAZQUEZ
United States District Judge

Consented as to form and entry:

Erica Liu
Assistant United States Attorney

Thomas B. Bellwoar, Esquire
Attorney for Defendant, Peter Pappas

Thomas B. Bellwoar, Esquire
ID No. 60470
LUONGO BELLWOAR LLP
126 W. Miner St.
West Chester, PA 19382
610-430-6600
TBellwoar@LuongoBellwoar.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 16-336 |
| PETER PAPPAS | : | Hon. John Michael Vazquez |

## STIPULATION AND ORDER PERMITTING TRAVEL WHILE ON RELEASE

It is hereby stipulated and agreed to between the United States of America through Erica Liu, AUSA, and Defendant Peter Pappas by and through counsel, Thomas B. Bellwoar, Esq., that Defendant's conditions of release may be modified as follows:

1. On July 19, 2016, the Defendant pled guilty to certain charges and was released on a $100,000 unsecured appearance bond.

2. Pursuant to the Order of Release, Defendant was required to surrender his passport to Pre-Trial Services, and his travel was restricted to the continental United States absent further Court Order.

3. Defendant's passport has been temporarily returned to him pursuant to Court Order several times over the past three years in order to allow travel to Canada to visit his family.

4. Each time Defendant has received permission to travel outside the country, he has duly surrendered his passport to Pre-Trial Services upon his return.

5.  Defendant requests the Court, with the agreement of the Government, to allow him to travel to Canada with his wife and children on November 25, 2019 and return to the United States on December 2, 2019, for the purpose of visiting his family over the Thanksgiving holiday.

6.  Defendant has been cooperative throughout his case, is in full compliance with all conditions of release and is not a risk of flight.

7.  The parties agree that a designee of Pre-Trial Services shall release Defendant's passport to him at his request in order to permit the above requested travel.

8.  Upon his return to the United States, Defendant shall return his passport to Pre-Trial Services or its designee.

9.  Defendant's travel plans will not interfere with any court proceeding in this matter.

By: _____
Erica Liu, AUSA

_____
Thomas B. Bellwoar, Esquire
Attorney for Defendant, Peter Pappas