UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Crim No. 16-336 |
| v. | : | |
| PETER PAPAS | : | <u>SUBSTITUTION OF ATTORNEY</u> |

      PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to JOSE ALMONTE, Assistant U.S. Attorney (jose.almonte@usdoj.gov), in substitution for ERICA LIU Assistant U.S. Attorney, who previously appeared in this matter.

                                                CRAIG CARPENITO
                                                United States Attorney

                                                *S/Jose Almonte*

                                                By:  JOSE ALMONTE
                                                Assistant U.S. Attorney

Dated: MAY 11, 2020