## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| V. | : | NO. 16-336 |
| | : | |
| PETER PAPPAS | : | Hon. John Michael Vazquez |

## ORDER

AND NOW, this 15th day of September, 2021, upon agreement of the parties, it is hereby ORDERED that the Defendant, Peter Pappas, shall be permitted to travel to Canada between October 8, 2021, and October 12, 2021.  Pre-Trial Services or its designee shall return Defendant's passport to him for these travel purposes.  Upon his return to the United States, the Defendant shall surrender his passport to his Pre-Trial Services Officer or designee no later than the close of business on October 19, 2021.  All other conditions of release, including unsecured appearance bond, shall remain in effect.

BY THE COURT:

John Michael Vazquez,
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| V. | : | NO. 16-336 |
| | : | |
| PETER PAPPAS | : | Hon. John Michael Vazquez |

CERTIFICATION OF SERVICE

I, Thomas B. Bellwoar, Esquire, hereby certify that on the 15rd day of September, 2021, a true and correct copy the Stipulation and Order Permitting Travel While on Release was served on the following individuals by electronic mail, at the following address(s):

José R. Almonte, Esquire
Office of the United States Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102

/s/Thomas B. Bellwoar
THOMAS B. BELLWOAR, ESQUIRE
Attorney for Defendant, Peter Pappas
PA Atty Bar ID #60470
Luongo Bellwoar LLP
126 West Miner Street
West Chester, PA 19382
Telephone: (610) 430-6600
Facsimile:  (610) 344-7585