UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John M. Vazquez |
| v. | : | Crim No. 16-cr-336 |
| PETER PAPPAS | : | **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that JOSÉ R. ALMONTE, Assistant United States Attorney (jose.almonte@usdoj.gov), is withdrawing as counsel for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

/s/José R. Almonte

By: JOSÉ R. ALMONTE
Chief, Special Prosecutions Division

Date: 02/14/2022